UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20163-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JESUS ALEXANDER GUERRERO-ROSARIO**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Change of Plea, entered on July 14, 2023 [ECF No. 47].  On July 14, 2023, Defendant Jesus Guerrero-Rosario filed a Notice of Non-Objection to Report & Recommendation [ECF No. 49].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 47]** is **AFFIRMED AND ADOPTED**, and Defendant's guilty plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 17th day of July, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record